**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

| | |
|---|---|
| **In re:** **Debtor(s):** Cozette M Ward − See below for reported alias information. xxx−xx−4168 − See below for reported alias information. | **Case No.:** 23−42480 −A659 **Chapter:** 13 **Hearing date:** August 24, 2023 **Hearing time:** 11:00 AM **Hearing location:** Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Courtroom 7 North − Seventh Floor, St. Louis, MO 63102 |

## NOTICE OF MOTION OBJECTING TO DISCHARGE

The Trustee in your case has filed a Motion Objecting to Discharge based on:

- ☐ the debtor having been granted a discharge under §727 or 1141 of the Bankruptcy Code, or under §14, 371, or 476 of the Bankruptcy Act, in a case commenced within 8 years before the Petition Date, 11 U.S.C. §727(a)(8).

- ☐ the debtor having been granted a discharge under §1228 or 1328 of the Bankruptcy Code, or under §660 or 661 of the Bankruptcy Act, in a case commenced within 6 years before the Petition Date, and either (1) payments under the plan in the previous case did not total at least 100% of the allowed unsecured claims in such case; or (2) such plan payments did not total at least 70% of the allowed unsecured claims in the previous case and/or the plan in the previous case was not proposed by the Debtor in good faith and/or was not the Debtors best effort, 11 U.S.C. §727(a)(9).

- ☑ the debtor having received a discharge either (1) in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the order for relief under Chapter 13 in this case; or (2) in a case filed under Chapter 13 of the Bankruptcy Code during the 2−year period preceding the date of the order for relief under Chapter 13 in this case, 11 U.S.C. §1328(f).

A hearing has been set on the Motion on August 24, 2023 at 11:00 AM at Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Courtroom 7 North − Seventh Floor, St. Louis, MO 63102. <u>Failure to attend the hearing may result in the Court granting the relief sought by the Motion</u>. Any response or objection to the Motion shall be filed with the Court by August 17, 2023 (See L.R. 9013−1(B)). A copy of the response or objection shall be promptly served upon the Trustee in your case. <u>Failure to file a timely response may result in the Court granting the relief requested without hearing prior to the hearing date</u>.

**BY THE COURT:**

**/s/Dana C. McWay**
**Clerk of Court**

Dated: 7/24/23
St. Louis, Missouri

**Reported Alias Information:**
Cozette M Ward −
−

United States Bankruptcy Court

Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-42480-kss |
| Cozette M Ward | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 24, 2023 | Form ID: ntofobjd | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cozette M Ward, 7435 Hazelcrest Dr, unit C, Hazelwood, MO 63042-2280 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Cozette M Ward ridingslaw2003@yahoo.com |

TOTAL: 3