UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>COZETTE M WARD<br><br><br><br>**Debtor** | ) CASE NO: 23-42480<br>) Chapter 13<br>)<br>) **Trustee's Objection to Confirmation**<br>) Original Confirmation Hearing set for:<br>) September 7, 2023  11:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan provides for interest to secured creditors at a rate other than that determined by the Clerk under Local Rule 3015-2(E).

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: August 09, 2023<br><br>OBJCONFAF--DSD | /s/ Diana S. Daugherty<br>Diana S. Daugherty<br>Standing Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO  63143<br>(314) 781-8100  Fax: (314) 781-8881<br>trust33@ch13stl.com |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 09, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 09, 2023.

COZETTE M WARD
7435 HAZELCREST DR UNIT C
HAZELWOOD, MO  63042

/s/ Diana S. Daugherty
Diana S. Daugherty