UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 23-42480 |
| | ) | |
| **COZETTE M WARD** | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER**

    Diana S. Daugherty ("the Movant")'s Motion Objecting to Discharge based on the Debtor having received a discharge either (1) in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the 4-year period preceding the date of the order for relief under Chapter 13 in this case; or (2) in a case filed under Chapter 13 of the Bankruptcy Code during the 2-year period preceding the date of the order for relief under Chapter 13 in this case, 11 U.S.C. Sec. 1328 (f) came before the Court, <u>no objections having been filed</u>, it is accordingly

    **ORDERED** that the Motion Objecting to Discharge based on the debtor having received a discharge either (1) in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the 4-year period preceding the date of the order for relief under Chapter 13 in this case; or (2) in a case filed under Chapter 13 of the Bankruptcy Code during the 2-year period preceding the date of the order for relief under Chapter 13 in this case, 11 U.S.C. Sec. 1328(f) be and it is hereby **GRANTED** in that COZETTE M WARD received a discharge in case 20-44322-399 and pursuant to 11 U.S.C. Sec. 1328(f), **<u>Debtor shall not receive a discharge in this present case, 23-42480</u>**.

**DATED: August 25, 2023**
St. Louis, Missouri

**KATHY A. SURRATT-STATES**
U.S. Bankruptcy Judge

23-42480 ORDER

Page 2 of 2

Copies Mailed To:

ORDDNYDCH -- SI

COZETTE M WARD
7435 HAZELCREST DR UNIT C
HAZELWOOD, MO  63042

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX