# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 23-42480 |
| | ) | |
| COZETTE M WARD | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

    Diana S. Daugherty ("the Movant")'s Motion Objecting to Discharge based on the Debtor having received a discharge either (1) in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the 4-year period preceding the date of the order for relief under Chapter 13 in this case; or (2) in a case filed under Chapter 13 of the Bankruptcy Code during the 2-year period preceding the date of the order for relief under Chapter 13 in this case, 11 U.S.C. Sec. 1328 (f) came before the Court, <u>no objections having been filed</u>, it is accordingly

    **ORDERED** that the Motion Objecting to Discharge based on the debtor having received a discharge either (1) in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the 4-year period preceding the date of the order for relief under Chapter 13 in this case; or (2) in a case filed under Chapter 13 of the Bankruptcy Code during the 2-year period preceding the date of the order for relief under Chapter 13 in this case, 11 U.S.C. Sec. 1328(f) be and it is hereby **GRANTED** in that COZETTE M WARD received a discharge in case 20-44322-399 and pursuant to 11 U.S.C. Sec. 1328(f), **<u>Debtor shall not receive a discharge in this present case, 23-42480</u>**.

**DATED: August 25, 2023**  
St. Louis, Missouri

                                                  **KATHY A. SURRATT-STATES**  
                                                  U.S. Bankruptcy Judge

23-42480                                         ORDER

Copies Mailed To:

ORDDNYDCH -- SI

COZETTE M WARD
7435 HAZELCREST DR UNIT C
HAZELWOOD, MO  63042

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-42480-kss
Cozette M Ward  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 3
Date Rcvd: Aug 25, 2023      Form ID: pdfo1      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cozette M Ward, 7435 Hazelcrest Dr, unit C, Hazelwood, MO 63042-2280 |
| 25398280 | + | Chime/the Bancorp Bank, 101 California Street, San Francisco, CA 94111-5802 |
| 25398873 | + | Emmaus Homes Inc, Attn. Payroll Department, 3731 Mueller Rd, St Charles, MO 63301-8315 |
| 25398289 | | Jamissana Johnson, PO Box 4589, Florissant, MO 63034 |
| 25398296 | + | St Louis Heart and Vascular, PO Box 1025, Maryland Heights, MO 63043-0025 |
| 25398297 | + | St Lukes Hospital, PO Box 60974, Saint Louis, MO 63160-0974 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25398276 | | Email/Text: bankruptcynotices@afterpay.com | Aug 25 2023 22:55:00 | After Pay, 222 Kearny St, Suite 600, San Francisco, CA 94108 |
| 25398277 | + | Email/Text: steve.reuter@acsloancenter.com | Aug 25 2023 22:56:00 | American Credit Services, Attn: Bankruptcy, 9400 Gravois St, Saint Louis, MO 63123-4530 |
| 25398278 | | Email/Text: rcmbr@bjc.org | Aug 25 2023 22:55:00 | BJC HealthCare, PO Box 958410, Saint Louis, MO 63195 |
| 25398279 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2023 01:08:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25398281 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2023 22:56:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25398283 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2023 22:45:46 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25398284 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 25 2023 22:56:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25398285 | + | Email/Text: bankruptcynotices@fifsg.com | Aug 25 2023 22:56:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 25402910 | + | Email/Text: bankruptcynotices@fifsg.com | Aug 25 2023 22:56:00 | First Investors Servicing Corporation, 3065 Akers Mill Rd SE Suite 700, Atlanta, Georgia 30339-3124 |
| 25398286 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2023 22:46:19 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25398287 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2023 22:56:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 25398288 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2023 22:56:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25398290 | | Email/Text: bankruptcy@kashable.com | Aug 25 2023 22:55:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 25398291 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2023 22:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po |

Case 23-42480   Doc 17   Filed 08/27/23   Entered 08/27/23 23:21:49   Imaged
Certificate of Notice   Pg 4 of 5

| District/off: 0865-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: pdfo1 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 3043, Milwaukee, WI 53201-3043 |
| 25398293 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2023 22:56:00 | Milestone MC, Genesis FS Card Services, PO Box 84059, Columbus, GA 31908-4059 |
| 25398456 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 25 2023 22:55:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25398294 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 25 2023 22:55:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25398292 | | Email/Text: bankruptcy@qcholdings.com | Aug 25 2023 22:55:00 | Lend Nation, 322 Emerson Rd, Ste B, High Ridge, MO 63049 |
| 25407470 | | Email/Text: bankruptcy@qcholdings.com | Aug 25 2023 22:55:00 | QC Financial Services Inc. dba Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 25413648 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2023 22:56:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 25398295 | | Email/Text: BankruptcyFiling@stlouisco.com | Aug 25 2023 22:55:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25398298 | + | Email/Text: documentfiling@lciinc.com | Aug 25 2023 22:55:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 25398300 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Aug 25 2023 22:55:00 | United States Attorney, 111 South 10th St, 20th Floor, Saint Louis, MO 63102 |
| 25398457 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Aug 25 2023 22:55:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |
| 25400456 | + | Email/Text: bankruptcyreports@wakeassoc.com | Aug 25 2023 22:56:00 | WASHINGTON UNIVERSITY PHYSICIANS, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25398282 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25398299 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 25, 2023 | Form ID: pdfo1 | Total Noticed: 31 |

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Cozette M Ward ridingslaw2003@yahoo.com |

TOTAL: 3