IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Missouri
ST. LOUIS DIVISION

IN RE: COZETTE M WARD

CASE NO. 4-23-BK-42480

CLAIM: 4

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, FIRST INVESTORS SERVICING CORPORATION hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**FIRST INVESTORS SERVICING CORPORATION**
**STE 700**
**3065 AKERS MILL RD SE**
**ATLANTA GA 30339-3124**

To the new address below:

**FIRST INVESTORS SERVICING CORPORATION**
c/o Peritus Portfolio Services II LLC
**PO BOX 141419**
**IRVING TX 75014**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough                                         Date: 9/5/2023
Georgina Yarbrough
Telephone: (866) 831-5954