```
After Pay
222 Kearny St, Suite 600
San Francisco, CA 94108

American Credit Services
Attn: Bankruptcy
9400  Gravois  St
Saint Louis, MO 63123

BJC HealthCare
PO Box 958410
Saint Louis, MO 63195

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chime/the Bancorp Bank
101 California Street
San Francisco, CA 94111

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

First Investors Financial Dept
Attn: Bankruptcy
3065 Akers Mill Rd Se, Ste 700
Atlanta, GA 30339

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076
```

```
IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Jamissana Johnson
PO Box 4589
Florissant, MO 63034

Kashable Llc
Attn: Bankruptcy Dept
489 5th Ave, 18th Floor
New York, NY 10017

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Lend Nation
322 Emerson Rd, Ste B
High Ridge, MO 63049

Milestone MC
Genesis FS Card Services
PO Box 84059
Columbus, GA 31908-4059

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

St Louis Heart and Vascular
PO Box 1025
Maryland Heights, MO 63043

St Lukes Hospital
PO Box 60974
Saint Louis, MO 63160

Telecom Self-reported
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Po Box 4500
Allen, TX 75013
```

```
United States Attorney
111 South 10th St
20th Floor
Saint Louis, MO 63102
```